```
FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★  OCT 31 2019  ★
BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN
F. O'HARE, MICHAEL SALGO and WILLIAM TYSON,
and INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS
MANAGER EDWIN L. CHRISTIAN,

**NOTICE & ORDER OF
VOLUNTARY DISMISSAL**

CV-19-6073 (WFK) (SMG)

  Plaintiffs,

-against-

MORETRENCH-HAYWARD BAKER, A JOINT VENTURE,
MORETRENCH AMERICAN CORPORATION and
HAYWARD BAKER, INC.,

  Defendants.
-------------------------------------------------------X

Pursuant to F.R.C.P. 41(a)(1), Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendants MORETRENCH-HAYWARD BAKER, A JOINT VENTURE, MORETRENCH AMERICAN CORPORATION and HAYWARD BAKER, INC.

Dated:  Tarrytown, New York
        October 30, 2019

                                        Respectfully submitted,

                                        BRADY McGUIRE & STEINBERG, P.C.

                                        /s/ James M. Steinberg

                                By:     _____
                                        James M. Steinberg, Esq.
                                        Attorneys for Plaintiffs
                                        303 South Broadway, Suite 234
                                        Tarrytown, New York 10591
                                        (914) 478-4293

To: Phillip Chong, Esq.
    Keller Foundations LLC
    7550 Teague Road, Suite 300
    Hanover, Maryland 21076

**SO ORDERED:**
       s/WFK
_____
**The Honorable William F. Kuntz, II
United States District Judge**